**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

STACEY DELAURA,
           Plaintiff,

      v.                                C.A. No. 21-cv-00334-WES-PAS

SALVE REGINA UNIVERSITY and
AMANDA MINOR
           Defendants.

**STIPULATION OF DISMISSAL WITH PREJUDICE**

       Plaintiff Stacey DeLaura and Defendants Salve Regina University and Amanda Minor,

by and through their undersigned counsel, hereby stipulate that that this entire action is

dismissed, with prejudice, and without any costs, attorneys' fees, or rights of appeal, under Fed.

R. Civ. P. 41(a)(1)(A)(ii).

Plaintiff,                               Defendants,
By her attorneys,                   By their attorneys,


/s/ Vicki J. Bejma                  /s/ Matthew H. Parker
Vicki J. Bejma (#6498)           Matthew H. Parker (#8111)
Robinson & Clapham             Whelan, Corrente & Flanders, LLP
123 Dyer Street, Suite 135       100 Westminster Street, Suite 710
Providence, RI 02903           Providence, RI 02903
(401) 331-6565                 (401) 270-3262
E-mail: vbejma@smrobinsonlaw.com   E-mail: mparker@whelancorrente.com